```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


GARY IRVING REYNOLDS             :        CIVIL ACTION
                                 :
          v.                     :
                                 :
FEDERAL BUREAU OF PRISONS,       :
et al.                           :        NO. 09-3096
```

ORDER

AND NOW, this 14th day of July, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiff for leave to file a third amended complaint is DENIED.

              BY THE COURT:


              /s/ Harvey Bartle III
                      C.J.